UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATHRYN LEMME COHOON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV1316 HEA |
| ) | |
| SCENIC NURSING & REHABILITATION ) | |
| CENTER, LLC, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Renewed Motion to Remand, [Doc. No. 13], in response to the Court's Order of September 6, 2007. Plaintiff's Counsel has filed "Plaintiff's Certification Regarding Monetary Relief" in support of the Renewed Motion. This certification, however, fails to present an irrevocable certification *from Plaintiff*, (and not her attorney), binding her in this and any other court, that she will not seek nor accept an amount greater than $75,000.00.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted 7 days from the date of this Order to supplement her Renewed Motion to Remand with a certification from Plaintiff herself, if she so desires.

Dated this 1st day of October, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE